UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN ADAM DIXON,<br><br>　　　　　Plaintiff,<br>　V.<br><br>LEA ENNIS, *ET AL.*,<br><br>　　　　　Defendants. | CASE NO.  C21-1171-RSM<br><br>ORDER STRIKING PLAINTIFF'S MOTION FOR FREE ACCESS TO JUDICIAL TRIBUNAL AND EXTENDING DEADLINE TO CURE FILING DEFICIENCY |

　　　This matter comes before the Court *sua sponte* and on the Court's August 30, 2021 Notice of Filing Deficiency, Dkt. #2.  The Court informed Plaintiff that the filing fee in this action has not been paid, and that Plaintiff is required to either pay the $402.00 filing fee or submit an Application for In Forma Pauperis (IFP).  *Id.* at 1.  The Court further advised Plaintiff that this deficiency must be corrected by September 29, 2021.  *Id.*

　　　As of the date of this Order, Plaintiff has failed to correct the filing deficiency.  In lieu of paying the filing fee or submitting an IFP Application, Plaintiff has filed a Motion for Free Access to Judicial Tribunal.  Dkt. #6.  This motion is procedurally improper and is therefore STRICKEN.  The

ORDER STRIKING PLAINTIFF'S MOTION FOR FREE
ACCESS TO JUDICIAL TRIBUNAL AND EXTENDING
DEADLINE TO CURE FILING DEFICIENCY - 1

Court will afford Plaintiff fourteen (14) additional days from the date of this Order to correct the filing deficiency, or this case shall be dismissed.

DATED this 28th day of October, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER STRIKING PLAINTIFF'S MOTION FOR FREE
ACCESS TO JUDICIAL TRIBUNAL AND EXTENDING
DEADLINE TO CURE FILING DEFICIENCY - 2